Crim-Sent (8/11/11)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK Y. Gutierrez    RPTR/ECRO/TAPE Diana Huntington
TOTAL TIME: 3 hours 36 minutes    USPO Megan Nagy    INTERPRETER _____
DATE: 4/13/2017    START TIME: 10:07    END TIME: 1:43
RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. 3:17-cr-00009-JAM    Deft #1

UNITED STATES OF AMERICA
vs
Corey Brinson

Avi Perry
AUSA

Thomas J. Murphy
Defendant's Counsel

## SENTENCING

- [x] ☒ Sentencing held ☐ Sentencing continued until _____ at _____
- ☐ Deft failed to appear, Bench Warrant to issue
- ☐ Court departs ☐ Upward from the guidelines ☐ Downward from the guidelines
- [x] 36 month(s) imprisonment on Count(s) 1 of the ☐ superseding ☐ indictment ☒ information
  & ____ months(s) imprisonment on Count(s) ____ of the ☐ superseding ☐ indictment ☐ information
- ☐ Sentence on Count(s) ____ shall run ☐ concurrently ☐ consecutively ☐ to sentence imposed on Count(s) ____ ☐ to state sentence
- ☐ Deft shall get credit for time served on Count(s) ____
- [x] Upon release the defendant shall be on supervised release for a term of 36 months
- ☐ Deft placed on probation for a period of ____ years on Count(s) ____ of the ____
- ☐ Government's motion for Final Order of Forfeiture ☐ Filed ☐ Granted ☐ Denied
- ☐ Preliminary Order of Forfeiture is outstanding
- ☐ Final Order of Forfeiture filed
- ☐ Deft shall pay a fine of $ ____ on Count(s) ____ to be paid by ____
  ☐ in installments of $ ____ per ____ for a total of $ ____
- [x] A Special Assessment of ☐ $25 ☐ $50 ☒ $100 is imposed as to ☐ each of Count(s) 1 for a total of $ 100.00 ☒ to be paid immediately
- [x] Court recommends incarceration at Lewisburg USP or McKean FCI
- ☐ Deft shall pay $ ____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (halfway house)
- [x] Deft ordered to surrender on 6/13/2017 to ☒ U.S. Marshal ☐ institution
- [x] Bond ☒ continued ☐ set at $ ____
- ☐ Deft remanded to the custody of the U.S. Marshal
- ☐ Govt's ☐ oral motion to dismiss remaining counts ☐ Filed ☐ Granted ☐ Denied ☐ To be filed
- ☐ Govt's ☐ oral motion for acceptance of responsibility ☐ Filed ☐ Granted ☐ Denied
- ☐ PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO
- ☐ Deft shall participate in the 500 hour drug rehabilitation treatment program
- [x] Court Exhibit filed

**☒ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON PAGE II**

**CONDITIONS OF ☒ SUPERVISED RELEASE ☐ PROBATION**

| | |
|---|---|
| ☐ | Mandatory conditions: 1,2, 6, 4 and 8     ☐ Standard Conditions |
| ☒ | Deft shall pay restitution in the amount of $1,417,810.00   payable at the rate of $1,000.00 per month ☒ payable to _____. |
| ☐ | Deft shall be fined $_____ on Count(s) _____ to be paid during the defendant's period of ☐ Supervised Release ☐ Probation ☐ on schedule determined by USPO. |
| ☒ | Deft shall obtain a psychiatric and/or psychological evaluation and/or ☒ in-patient ☒ out-patient counseling as deemed necessary by USPO. |
| ☒ | Deft shall obtain substance abuse treatment & testing ☐ in-patient ☐ out-patient counseling as deemed necessary by USPO. |
| ☒ | Deft shall pay some or all of the costs of substance abuse and/or mental health treatment if determined appropriate by USPO. |
| ☐ | Deft shall submit to random urine testing & monitoring as deemed necessary by USPO. |
| ☐ | Deft shall receive educational and/or vocational training as deemed necessary by USPO. |
| ☐ | Deft shall pay the cost of supervision of $_____ per month. |
| ☐ | Deft shall perform community service for a period of ____ hours per week for ____ year(s) for a total of ____ hours. |
| ☐ | Defendant shall obtain & maintain full employment. |
| ☐ | Deft shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons/firearms of any kind. |
| ☐ | Deft is confined to his/her home for a period of ____ months ☐ with ☐ without electronic monitoring. |
| ☐ | Deft shall pay the cost of electronic monitoring. |
| ☐ | Deft is sentenced to community confinement (halfway house) for a period of ____ months. |
| ☐ | During the period of house arrest, the defendant shall be home at all times except for employment, religious obligations, medical attention, and community service. Defendant shall engage in no social activities with the exception of those exclusively family oriented. |
| ☐ | Deft shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any actual usage of, dealing in or distribution of drugs of any nature. |
| ☐ | If Deft is deported, the defendant shall not reenter the United States without prior written permission from the Secretary of the Department of Homeland Security. |
| ☒ | Deft shall not incur new credit card charges or open additional lines of credit without the permission of the probation officer until the defendant's criminal debt obligation is paid. |
| ☒ | Deft shall provide the probation officer with access to requested financial information. |
| ☐ | _____ |

NOTES: