# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,    :

                         :      Case No.:  3:17CR9 (JAM)

vs.                           :

                         :

COREY BRINSON             :

                         :

## POST-JUDGMENT STIPULATION

Whereas, on July 24, 2019, an amended criminal judgment was entered against the defendant, Corey Brinson, in which he was ordered to pay the sum of $1,410,710.00; and

Whereas, the United States and the defendant, Corey Brinson, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the United States and Corey Brinson, and ORDERED by this Court that;

1.  The defendant shall make monthly payments of $250.00 on the 28th day of each and every month commencing on September 28, 2020, until the amount of the judgment is paid in full. All payments shall be made payable to **"Clerk, U.S. District Court,"** reference "Docket No. 3:17CR9 (JAM)," and be mailed to the United States District Court, 141 Church Street, New Haven, CT 06510.  The U.S. District Court for the District of Connecticut will also accept payment for criminal debts on-line. Payments may be made through the U.S. Treasury Website, www.pay.gov, using a checking or savings account (ACH) or debit, or prepaid cards.

2.  Beginning on March 28, 2021, the amount of the monthly installments will increase to $500.00.

3.  Beginning on September 28, 2021, the amount of the monthly installments will increase to $1,000.00.

4.  The current balance of Mr. Brinson's criminal debt as of September 28, 2020 is $1,278,311.01.

5.  The defendant agrees to complete a financial statement upon the government's request.

6.  The amount of the monthly payment may be modified by mutual agreement of the parties or on motion of either party after consideration of the defendant's financial circumstances. The defendant agrees to immediately report any material changes in financial circumstances to the United States Attorney's Office, Financial Litigation, 157 Church Street, 25th Floor, New Haven, Connecticut, 06510, Telephone (203) 821-3700.

7.  A material misrepresentation as to the defendant's current financial circumstances and present ability to pay; or a default of the payment schedule set forth in Paragraph 1 above; or a failure to report a material change in financial circumstances may constitute a default and shall entitle the United States to declare the entire balance due immediately and shall further entitle the United States to collect upon this judgment in any manner provided by law.

8.  In the event of a material misrepresentation as to the defendant's current financial circumstances and present ability to pay; or a default of the payment schedule set forth in Paragraph 1 above; or a failure to report a material change in financial circumstances, the defendant expressly waives the right to receive a demand prior to collection action, as otherwise required by the *Federal Debt Collection Procedures Act ("FDCPA")*, 28 U.S.C. §3001, *et seq.*

9.  The defendant further expressly agrees that should the United States seek a wage garnishment as part of its collection action, the defendant will not object or otherwise challenge a garnishment of 25% of net disposable income, as defined by the *FDCPA*, 28 U.S.C. §3002(5), (6) and (9).

10.  In addition to regular monthly payments, in accordance with Paragraph 1, the United States will submit Corey Brinson's debt to the Treasury Department for inclusion in the Treasury Offset Program.  Under this program, any federal payment normally received by the defendant may be offset and applied to the debt.

11. The United States further reserves the right to secure the amount of the criminal judgment at any time by filing a lien on any property owned by Corey Brinson.

Entry of the foregoing stipulation is consented to by:

For United States of America:

JOHN H. DURHAM
UNITED STATES ATTORNEY

DATED: 9/14/2020

TRACY T. OPOKU
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT  06510
(203) 821-3700 / FAX: (203) 773-5373
FEDERAL NO.  CT30854
EMAIL: TRACY.OPOKU@USDOJ.GOV

For the Defendant:

DATED: 9/11/2020

COREY BRINSON
777 MAIN ST., APT. # 702
HARTFORD, CT 06103

APPROVED and SO ORDERED this _____ day of _____, 2020

at New Haven, Connecticut.

_____
JEFFREY A. MEYER
UNITED STATES DISTRICT JUDGE

